FILED
April 05, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SO_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>v<br><br>**GENOTOX LABORATORIES LTD.**<br>**Defendant** | **1:23-CR-062-RP**<br><br>**INFORMATION**<br><br>[Ct. 1: 42 U.S.C. § 1320a-7(b) – Anti-Kickback Statute] |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**Anti-Kickback Statute**
**[42 U.S.C. § 1320a-7(b)]**

From approximately 2014 to approximately 2020, in the Western District of Texas and elsewhere, Defendant,

**GENOTOX LABORATORIES LTD.**

did knowingly and willfully pay remuneration, to wit: percentage commission payments on revenue realized from toxicology testing, to one or more persons, to wit: sales and marketing representatives not in a bona fide employment relationship with Defendant, to induce such persons to arrange for and recommend the purchase and order of toxicology testing, which was a good, service, and item, for which payment was made in whole or in part under Medicare, Medicaid, and Tricare, each of which were Federal health care programs.

In violation of 42 U.S.C. § 1320a-7b(b).

JAIME ESPARZA
UNITED STATES ATTORNEY

By: *[signature]*

G. KARTHIK SRINIVASAN
ALAN BUIE
ASSISTANT UNITED STATES ATTORNEYS