United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Genotox Laboratories Ltd.
    Defendant.

No. **1:23-CR-062-RP**

## Order

Upon the motion of the United States and the defendant Genotox Laboratories Ltd. ("Genotox") and finding, in accordance with: (1) 18 U.S.C. § 3161(h)(7)(A) that the ends of justice in granting the extension of the speedy trial deadline outweigh the best interests of the public and the defendant in a speedy trial, and (2) 18 U.S.C. § 3161(h)(2) that prosecution has been deferred by the attorney for the government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate its good conduct:

    It is hereby ORDERED that all further criminal proceedings in this matter, including trial, be continued until October _____, 2024.

    It is further ORDERED that this Court approves the exclusion from the computation of time in which a trial must be commenced under the Speedy Trial Act the period of delay between the entry of this Order and any trial in this matter, should one occur, because the Court finds that the written agreement signed by the United States and Genotox will allow the defendant to demonstrate its good conduct.

    It is further ORDERED that this Court approves the waivers of indictment and arraignment filed in this matter and finds that such waivers were made by Genotox knowingly, intelligently, and voluntarily.

Signed: _____

                                                              United States District Judge