# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: |
| GENOTOX LABORATORIES, LTD., | § § | |
| *Defendant* | § | |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/16/2023

*Matthew McCarty, as CEO and on behalf of Genotox laboratories*
*Matthew McCarty*
_____
*Defendant's signature*

*Matthew Diggs*
_____
*Signature of defendant's attorney*

Matthew Diggs
_____
*Printed name of defendant's attorney*

_____
UNITED STATES MAGISTRATE JUDGE