United States District Court
Western District of Texas
Austin Division

United States of America,

v.                                                      No. 1:23-CR-62 (RP)

Genotox Laboratories Ltd.,
    Defendant.

## Motion to Dismiss Information

The United States respectfully submits this motion to dismiss the Information in this matter with prejudice.

The United States has filed a one-count Information charging Genotox Laboratories Ltd. ("Genotox") with a violation of the Anti-Kickback Statute (42 U.S.C. § 1320a-7(b)).  (Dkt. No. 1.)  On March 21, 2023, the parties entered into a deferred prosecution agreement ("DPA") to resolve the criminal case.  The term of the DPA was 18 months.  On April 13, 2023, this Court entered an Order finding good cause for granting the parties' request for the extension of the speedy trial deadline and that, pursuant to 18 U.S.C. § 3161(h)(2), prosecution has been deferred by the attorney for the government pursuant to written agreement with the defendant, with approval of the court, for the purpose of allowing the defendant to demonstrate its good conduct. The Court further set a trial date of October 14, 2024.  (Dkt. No. 5.)

Assuming compliance by Genotox, the DPA obligated the United States to seek dismissal of the Information within ten calendar days of the expiration of the DPA.  The DPA expired on September 21, 2024.  The United States is not aware of a breach of the DPA that would cause the criminal case to proceed.  Genotox entered separate civil settlements with the government and this motion does not address Genotox's obligations under those agreements.  Pursuant to the terms of the DPA, the United States thus moves to dismiss the Information with prejudice.

Respectfully submitted,

Jaime Esparza
United States Attorney

By:    */s/ G. Karthik Srinivasan*
      G. Karthik Srinivasan
      Alan Buie
      Assistant United States Attorneys
      903 San Jacinto, Suite 334
      Austin, Texas 78701
      (512) 916-5858 (phone)
      (512) 916-5854 (fax)
      Karthik.Srinivasan@usdoj.gov

**Certificate of Service**

I certify that on September 24, 2024, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒  The CM/ECF system will send notification to the following CM/ECF participant(s):

Matthew Diggs, Esq. (counsel for Defendant Genotox Laboratories Ltd.)

/s/ G. Karthik Srinivasan
G. Karthik Srinivasan
Assistant United States Attorney

**Motion to Dismiss Information**                                                         **3**